**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
mmatern@maternlawgroup.com
Mikael H. Stahle (SBN 182599)
mstahle@maternlawgroup.com
2101 E. El Segundo Blvd., Suite 403
El Segundo, California 90245
Tel: (310) 531-1900
Fax: (310) 531-1901

Attorneys for Plaintiff JENELL RIVERA, individually and on behalf of others similarly situated

Paloma P. Peracchio (SBN 259034)
paloma.peracchio@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213-239-9800
Facsimile:  213-239-9045

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.
and SAM'S WEST, INC.

[Additional Counsel on Following Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENELL RIVERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; SAM'S WEST, INC. and Arkansas corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-08723-ODW-MRW<br><br>Hon. Otis D. Wright II<br><br>**CLASS ACTION**<br><br>**STIPULATED JUDGMENT AND ORDER** |

1  Mitchell A. Wrosch (SBA 262230)
   mitchell.wrosch@ogletree.com
2  **OGLETREE, DEAKINS, NASH,**
   **SMOAK & STEWART, P.C.**
3  Park Tower, Fifteenth Floor
   695 Town Center Drive
4  Costa Mesa, CA  92626
   Telephone:  714-800-7900
5  Facsimile:   714-754-1298

6  Attorneys for Defendant
   WAL-MART ASSOCIATES, INC.
7  and SAM'S WEST, INC.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    2           2:23-cv-08723-ODW-MRW
                       **STIPULATED JUDGMENT AND ORDER**

COME NOW Plaintiff Jenell Rivera ("Plaintiff") and Defendants Wal-Mart Associates, Inc. and Sam's West, Inc. ("Defendants") (collectively, the "Parties"), by and through their attorneys of record, and hereby agree and stipulate as follows:

Plaintiff having timely accepted the Statutory Offer to Compromise Pursuant to California Code of Civil Procedure Section 998 (Dkt. 41), served by Defendants, JUDGMENT IS ENTERED as follows:

1. For Plaintiff and against Defendants in the amount of Ten Thousand Eight Hundred and Thirty Dollars and Zero Cents ($10,830.00), exclusive of all attorneys' fees and costs;
2. Plaintiff's individual claims in this action are dismissed with prejudice; and
3. The putative class claims in this action are dismissed without prejudice.

IT IS FURTHER ORDERED as follows:

4. Defendants shall pay $10,830.00 to Plaintiff within 21 days of entry of judgment;
5. Plaintiff's counsel shall have 90 days from the date of entry of this Judgment and Order in which to file any motion for an award of reasonable attorney's fees and costs in pursuit of Plaintiff's claims in this action and recoverable by law. If such motion is filed, Defendants' opposition will be due 30 days thereafter, and Plaintiff's reply shall be due 14 days after Defendants' opposition; and
6. The Court shall retain ancillary jurisdiction to decide any motion for an award of reasonable attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: June 30, 2025  **MATERN LAW GROUP, PC**

By: */s/ Mikael H. Stahle*
MATTHEW J. MATERN
MIKAEL H. STAHLE

Attorneys for Plaintiff JENELL RIVERA, individually and on behalf of all others similarly situated

Dated: June 30, 2025  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Mitchell A. Wrosch*
MITCHELL A. WROSCH
PALOMA P. PERACCHIO

Attorneys for Defendant WAL-MART ASSOCIATES, INC. and SAM'S WEST, INC.

## SIGNATURE ATTESTATION

I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 30, 2025

By: */s/ Mikael H. Stahle*
MIKAEL H. STAHLE