O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENELL RIVERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; SAM'S WEST, INC. and Arkansas corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-08723-ODW (MRWx)<br><br>Hon. Otis D. Wright II<br><br>**ORDER RE:**<br><br>**STIPULATED JUDGMENT AND ORDER** |

The Court having read and considered the Parties' Stipulated Judgment and Order ("Stipulation"), (ECF No. 44), and **GOOD CAUSE APPEARING**:

Plaintiff having timely accepted the Statutory Offer to Compromise Pursuant to California Code of Civil Procedure Section 998 (ECF No. 41), served by Defendants, **JUDGMENT IS ENTERED** as follows:

1. For Plaintiff and against Defendants in the amount of Ten Thousand Eight Hundred and Thirty Dollars and Zero Cents ($10,830.00), exclusive of all attorneys' fees and costs;
2. Plaintiff's individual claims in this action are **DISMISSED with prejudice**; and
3. The putative class claims in this action are **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** as follows:

4. Defendants shall pay $10,830.00 to Plaintiff within 21 days of entry of judgment;
5. Plaintiff's counsel shall have 90 days from the date of entry of this Judgment and Order in which to file any motion for an award of reasonable attorney's fees and costs in pursuit of Plaintiff's claims in this action and recoverable by law. If such motion is filed, Defendants' opposition will be due 30 days thereafter, and Plaintiff's reply shall be due 14 days after Defendants' opposition; and
6. The Court shall retain ancillary jurisdiction to decide any motion for an award of reasonable attorney's fees and costs.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: July 3, 2025

Honorable Otis D. Wright II
United States District Judge