# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENELL RIVERA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; SAM'S WEST, INC. and Arkansas corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-08723-ODW-MRW<br><br>Hon. Otis D. Wright II<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:      December 8, 2025<br>Time:      1:30 p.m.<br>Courtroom:  5D |

[PROPOSED] ORDER
2:23-CV-08723-ODW-MRW

Plaintiff Jenell Rivera's ("Plaintiff") Motion for Attorneys' Fees and Costs ("Motion") came before this Court for hearing on December 8, 2025.  The Court, having reviewed Plaintiff's Motion and supporting declarations and exhibits thereto, and Defendants' opposition, and for good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1.     Plaintiff's Motion is GRANTED.

2.     Plaintiff's counsel, Matern Law Group, PC, is awarded attorneys' fees in the amount of **$139,755.00**.

3.     The requested fees are reasonable based on Plaintiff's counsel's lodestar of **$79,860.00**, which is based on **72.6** hours at the attorneys' customary hourly rates, with the application of a **1.75** multiplier.

4.     Plaintiff's counsel's hourly rates are reasonable and in line with rates prevailing in the community for attorneys of comparable skill, experience, and reputation, and the number of hours expended by Plaintiff's counsel are reasonable and were necessary under the circumstances of this case.

5.     Application of a 1.75 multiplier is appropriate based on the contingent nature of the fee agreement.

6.     Matern Law Group, PC is also awarded litigation costs in the amount of **$2,028.56**.  This amount is reasonable because the costs were reasonably and necessarily incurred in the prosecution of Plaintiff's individual claims and are of the type of costs that would normally be charged to a fee-paying client.

**IT IS SO ORDERED.**

Dated:

_____
HON. OTIS D. WRIGHT II
United States District Judge

1